ACCEPTED
01-11-01125-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/26/2015 12:00:00 AM
CHRISTOPHER PRINE
CLERK

No. 01-11-01125-CR

IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/25/2015 5:53:50 PM
VOID
CHRISTOPHER A. PRINE
Clerk

**Elisa Merrill Wilson,** *appellant*

**v.**

**The State of Texas,** *appellee*

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/26/2015 2:17:00 PM
CHRISTOPHER A. PRINE
Clerk

**Motion to Recall and Stay Mandate**

TO THE FIRST COURT OF APPEALS:

Appellant, Elisa Merrill Wilson, files this motion to recall and stay mandate pursuant to Rule 18.2 of the Texas Rule of Appellate Procedure, and shows:

I.

Appellant intends to file a petition for writ of certiorari in the United States Supreme Court and therefore requests that this Court recall and stay the mandate as allowed by Rule 18.2 which states, "In a criminal case, the stay will last for no more than 90 days, to permit the timely filing of a petition for writ of certiorari." Tex. R. App. P. 18.2. Appellant's petition for discretionary review was denied by the Court of Criminal Appeals on

1

September 16, 2015 and therefore the deadline to file the petition for writ of certiorari in the Units States Supreme Court is December 16, 2015.

WHEREFORE, appellant requests the Court to grant this motion and recall and stay the mandate in this case until December 16, 2015.

Respectfully submitted,

/s/Timothy A. Hootman
Timothy A. Hootman, SBN 09965450
2402 Pease St
Houston, TX 77003
713.247.9548
713.583.9523 (f)
E-mail: thootman2000@yahoo.com

ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I hereby certify that, in accordance with Rule 9.5 of the Texas Rules of Appellate Procedure, I have served the forgoing document upon the following attorneys by personal mail, commercial delivery service, fax, or electronic service:

John J. Harrity III
Assistant District Attorney
Fort Bend County
301 Jackson St, Rm 101
Richmond, TX 77469

Dated: October 25, 2015.

/s/Timothy A. Hootman
Timothy A. Hootman